In the Matter of ERIN C., Respondent-Appellant, v PETER H., Appellant-Respondent.

Submitted January 4, 2010; decided May 4, 2010

On the Court's own motion, appeal by Peter H. dismissed, without costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]). Motion by Erin C. for leave to appeal denied.

HEALTH INSURANCE PLAN OF GREATER NEW YORK, Appellant, v PHOTOBITION NEW YORK, INC., Respondent, et al., Defendants.

Submitted March 8, 2010; decided May 4, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LEVEL 3 COMMUNICATIONS, LLC, Respondent, v ANTHONY DEBELLIS, Appointed Assessor for the City of Mount Vernon, et al., Appellants, et al., Respondents.

Submitted March 15, 2010; decided May 4, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).